REVISED     03/28/13

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 27, 2013

Lyle W. Cayce
Clerk

_____

No. 11-30770

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff-Appellee

vs.

BOH BROTHERS CONSTRUCTION COMPANY, L.L.C.,

Defendant-Appellant

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

ON PETITION FOR REHEARING EN BANC

(Opinion July 27, 2012, 5 Cir., 2012, 689 F.3d 458)

Before STEWART, Chief Judge, KING, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES and HIGGINSON, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.